UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **AKHSAR DZUTSEV #A220-562-229** | **CIVIL DOCKET NO. 1:26-CV-01574 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Government SHALL RELEASE Petitioner under reasonable conditions within seven days, with his personal belongings, and with advance notice to counsel.

IT IS FURTHER ORDERED that the parties file a joint notice of compliance within 24 hours of release.

THUS ORDERED AND SIGNED in Chambers this 14th day of October, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**